

NUMBER 13-08-00646-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE SAN JUANITA SANDOVAL MORENO

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]

Relator, San Juanita Sandoval Moreno, filed a petition for writ of mandamus in the above cause on November 14, 2008. The real party in interest, Ismael Moran, filed a response to the petition on November 19, 2008.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown herself entitled to the relief sought.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).


PER CURIAM


Memorandum Opinion delivered and
filed this 1st day of December, 2008.